UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER SCHNEIDER, a Washington resident,<br><br>                      Plaintiff,<br><br>  vs.<br><br>CREDIT CONTROL SERVICES, INC. dba CREDIT COLLECTION SERVICES, a Massachusetts corporation and licensed collection agency,<br><br>                      Defendant. | NO.<br><br>**NOTICE OF REMOVAL (FEDERAL QUESTION)**<br><br>**CLERK'S ACTION REQUIRED** |

**PLEASE TAKE NOTICE** that Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services, by and through its undersigned counsel, Gordon Rees Scully Manuskhani LLP, hereby removes to this Court the State Court action described below:

## I.   PROCEDURAL HISTORY

1. Defendant first received notice of the Action on or about October 15, 2021, when they were served with the Summons and Complaint. A true and correct copy of Plaintiff's Summons and Complaint in the Action is attached hereto as Exhibit A.

2. Based on reasonable inquiry, and on information and belief, as of the filing of this Notice of Removal, Plaintiff have not yet filed the Complaint in King County Superior Court. Plaintiff commenced this action against Defendant by service of process pursuant to Washington

NOTICE OF REMOVAL - 1
(Case No. _____)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:
Facsimile: (206) 689-2822

Civil Rule 4.  Accordingly, there is no King County Superior Court case number and no record of the state court proceeding available other than the unfiled Summons and Complaint.

3. Based on the foregoing, Defendant has timely filed this Notice of Removal within thirty days of being served with the Summons and Complaint and within thirty days of the date that the Action was first removable.  *See* 28 U.S.C. § 1446(b).

4. The Superior Court of the State of Washington In and for the Court of King County, is located within the jurisdiction of the United States Court for the Western District of Washington.  This Court is the court embracing the place where the action is pending.

5. This Action is removable to the United States District Court for the Western District of Washington, from the Superior Court of King County, State of Washington, pursuant to 28 U.S.C. §1331 and §1441.

## II.    FEDERAL QUESTION JURISDICTION

6. This Complaint is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a), in that it arises, in part, under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. ("FDCPA").

7. The Complaint alleges, in part, claims asserted under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.  As such, this Court has Federal Question jurisdiction over this action pursuant to 28 U.S.C. §1331.  Moreover, pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over the various state and/or common law claims asserted by Plaintiff, because such claims arise out of the same alleged facts that underlie the federal claims, and thus, are so related to same that they form part of the same case or controversy.

8. Defendant has provided written notice of this Petition for Removal to Plaintiff, and, additionally, will file a copy with the Superior Court of Washington County, King County, as required by 28 U.S.C. §1446(d).

NOTICE OF REMOVAL - 2
(Case No. _____)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:
Facsimile: (206) 689-2822

**WHEREFORE**, Defendant removes to this Court the above-entitled action from the Superior Court of Washington in and for King County to the United States District Court for the Western District of Washington pursuant to the provisions of 28 U.S.C. §§1331 and 1446.

Dated: November 4, 2021.

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Mark B. Tuvim*
Mark B. Tuvim, WSBA #31909

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA #53644
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5144
Fax: (206) 689-2822
mtuvim@grsm.com
ataylor@grsm.com

*Attorneys for Defendant Credit Control Services, Inc. d/b/a Credit Collection Services*

NOTICE OF REMOVAL - 3
(Case No. _____)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone:
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Removal** has been served upon Plaintiff by their counsel on November 4, 2021, via electronic mail and/or United States First-Class mail, postage prepaid:

> Peter Schneider, Esq.
> Schneider Law Offices
> 10900 NE 4th Street, Suite 2300
> Bellevue, Washington 98004
> Email: Peter@lpglaw.com

*s/ Amy P. Taylor*
Amy P. Taylor, Esq.

NOTICE OF REMOVAL - 4
(Case No. _____)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone:
Facsimile: (206) 689-2822